**Order filed, October 1, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00588-CV
_____

**JEFFREY MAY, ET AL, Appellant**

**V.**

**TICOR TITLE INSURANCE, ET AL, Appellee**

**On Appeal from the 367th District Court
Denton County, Texas
Trial Court Cause No. 2009-50072-367**

## ORDER

The reporter's record in this case was due **July 5, 2012**, 2012.  *See* Tex. R. App. P. 35.1.  On September 10, 2012, this court granted the court reporters request for extension of time to file the record until September 27, 2012.  To date, the record has not been filed with the court.  Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Robin Callaway-Newton and Marsha Bretches**, the  court reporter, to file the record in this appeal **on or before October 29, 2012.  No further extension will**

**be entertained**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Robin Callaway-Newton and Marsha Bretches** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM